### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                            )<br>                        Plaintiff,        )<br>                                                            )<br>            vs.                                         )<br>                                                            )<br>CHERYL LYNN DILL,                    )<br>                                                            )<br>                        Defendant.    ) | Case No. 07-cr-30065-03-MJR |

### ORDER CLARIFYING CONTINUANCE

**REAGAN, District Judge:**

Dill's plea and sentencing in this case was set for October 11, 2007 at 10:00 a.m. On October 10, 2007, Dill moved to continue her plea and sentencing. The Government has no objection to the motion for continuance.

Pursuant to **18 U.S.C. § 3161(h),** the Court **FINDS** that the ends of justice served by this continuance outweigh the best interest of the public and Dill in a speedy trial. Accordingly, the Court **GRANTS** Dill's motion, and **CONTINUES** her plea and sentencing to **3:00 p.m. on Friday, November 30, 2007.** Because this is the only available date the Court has prior to the trial of Dill's co-defendants, no further continuances will be granted.

The period of delay resulting from this continuance is excludable under the Speedy Trial Act, **18 U.S.C. § 3161(h).**

**IT IS SO ORDERED.**

**DATED this 11th day of October 2007.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**